UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE HORVATH | CIVIL ACTION |
| VERSUS | NO. 22-4463 |
| SOLAR REFRIGERATION & APPLIANCE SERVICE, INC., ET AL. | SECTION "R" (3) |

## JUDGMENT

Considering the Court's Order and Reasons on file herein,[1]

IT IS ORDERED ADJUDGED AND DECREED that plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __30th__ day of April, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 45.